UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.08-80158-CIV-MIDDLEBROOKS/JOHNSON

3700 ASSOCIATES, LLC, a Delaware limited
liability company,

        Plaintiff,

vs.

TIM GRIFFIN, SR., an individual, and
GRIFFIN IT MEDIA, INC., a Florida
Corporation,

        Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon a Motion for Limited Appearance and Consent to Designation (DE 15), filed on April 10, 2008. I have reviewed the Motion and the file in this case.

The Motion requests, pursuant to Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Gregory D. Latham, as co-counsel on behalf of Defendants. Because the Motion has been properly filed with all the necessary documentation and Mr. Latham appears to be in good standing, I will grant it.

Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion for Limited Appearance and Consent to Designation (DE 15) is GRANTED. Gregory D. Latham is granted to appear and participate as co-counsel on behalf of Defendants. The Clerk shall provide electronic notification of all electronic filings to Gregory D. Latham , at clatham@iplawconsulting.com.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 15 day of April, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to all Counsel of Record